**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | Civil Action No. 24 C 11156 |
| **Justin Juan De La Cruz Martinez** ) | |

## EXECUTIVE COMMITTEE ORDER

Beginning in May 2024, Justin Juan De La Cruz has filed the following 26 cases, all of which were dismissed:

| | |
|---|---|
| 24-cv-50207 | De La Cruz Martinez v. O'Barto |
| 24-cv-50209 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50210 | De La Cruz Martinez v. Emery |
| 24-cv-50211 | De La Cruz Martinez v. Wagner |
| 24-cv-50212 | De La Cruz Martinez v. Emery |
| 24-cv-50223 | De La Cruz Martinez v. Emery |
| 24-cv-50250 | De La Cruz Martinez et al v. The Superior Court Of Pensylvania |
| 24-cv-50251 | De La Cruz Martinez v. Emery |
| 24-cv-50252 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50253 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50254 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50255 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50256 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50257 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50258 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50259 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50260 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50261 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50262 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50263 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50264 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50265 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50266 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50267 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50268 | De La Cruz Martinez v. The Superior Court of Pennsylvania |
| 24-cv-50269 | De La Cruz Martinez v. The Superior Court of Pennsylvania |

At its meeting on October 10, 2024, the Executive Committee reviewed the dockets and filings made by Justin Juan De La Cruz Martinez from the above listed cases.

After review, it is the judgment of the Executive Committee that reasonable and necessary restraints must be imposed upon Justin Juan De La Cruz Martinez's ability to file new civil cases in this District pro se. Cases in existence prior to the entry of this order are not affected by the order and shall proceed as usual.

IT IS HEREBY ORDERED BY THE EXECUTIVE COMMITTEE in its capacity as the supervisor of the assignment of cases, that ------

1. Justin Juan De La Cruz Martinez, or anyone, other than an attorney, acting on his behalf, is enjoined from filing any new civil action or proceeding in the United States District Court for the Northern District of Illinois without first obtaining leave by way of the following procedures:

    a. Any materials Justin Juan De La Cruz Martinez, or anyone, other than an attorney, acting on his behalf, wishes to submit for filing shall be delivered to Room 2050, Office of the Clerk at the Courthouse in Chicago. Only the Clerk or deputies specifically designated by the Clerk may accept such documents.

    b. Where the document submitted is a complaint, it shall be accompanied by a motion captioned a Motion Seeking Leave to File Pursuant to Order of Executive Committee. That motion shall, in addition to requesting leave to file the complaint, include a sworn statement certifying that the claims raised by or on behalf of Justin Juan De La Cruz Martinez in the complaint are new claims never before raised in any federal court.

    c. Whenever Justin Juan De La Cruz Martinez submits a document for filing, the clerk or designated deputy shall accept the papers, stamp them received, and forward them to the Executive Committee.

2. The Executive Committee will examine any complaints submitted by or on behalf of Justin Juan De La Cruz Martinez to determine whether they should be filed.

3. If Justin Juan De La Cruz Martinez seeks leave to proceed in forma pauperis, the Committee will also determine if such leave should be granted. The Committee will deny leave to file any complaints if they are legally frivolous or are merely duplicative of matters already litigated, unless he demonstrates to the Committee in writing that he is in imminent danger of great bodily harm. The Committee may deny leave to file any complaints not filed in conformity with this order.

4. If the Executive Committee enters an order denying leave to file the materials, the clerk shall retain the order in a miscellaneous file with the title "In re: Justin Juan De La Cruz Martinez" and cause a copy of the order to be mailed to Justin Juan De La Cruz Martinez.

5. If the Executive Committee enters an order granting leave to file the materials, the clerk will cause the materials to be stamped filed as of the date received and shall cause the case to be assigned to a judge in accordance with the rules. The clerk shall also cause a copy of the order to be mailed to Justin Juan De La Cruz Martinez.

6. Justin Juan De La Cruz Martinez's failure to comply with this order may, within the discretion of the Executive Committee, result in his being held in contempt of court and punished accordingly.

7. Nothing in this order shall be construed -----

    a. to affect Justin Juan De La Cruz Martinez's ability to defend himself in any criminal action,

    b. to deny Justin Juan De La Cruz Martinez access to the federal courts through the filing of a petition for a writ of habeas corpus or other extraordinary writ, or

    c. to deny Justin Juan De La Cruz Martinez access to the United States Court of Appeals or the United States Supreme Court.

IT IS FURTHER ORDERED That any password issued to Justin Juan De La Cruz Martinez for access to the electronic filing system shall be disabled.

IT IS FURTHER ORDERED That any new complaints filed by Justin Juan De La Cruz Martinez and transferred to this Court from another jurisdiction shall be reviewed by the Executive Committee to determine whether they should be filed.

IT IS FURTHER ORDERED That the Clerk shall cause to be created and maintained a miscellaneous docket with the title "In Re: Justin Juan De La Cruz Martinez" and case number 24cv11156. The miscellaneous docket shall serve as the repository of this order and any order or minute order entered pursuant to this order. All orders will be entered on that docket following standard docketing procedures.

IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be mailed to Justin Juan De La Cruz Martinez at 502 N. 12th Avenue, Albany, IL 61230 via First Class Mail and via Certified Mail - Return Receipt Requested.

                  ENTER:

                  FOR THE EXECUTIVE COMMITTEE

                  _____
                  Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 4th day of November 2024.